IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Regal Electronics, Inc., | NO. C 03-01296 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING REGARDING PLAINTIFF REGAL ELECTRONICS, INC.'S MOTION FOR CORRECTION OF AND/OR RELIEF FROM JUDGMENT ENTERED IN FAVOR OF PULSE ENGINEERING, INC.** |
| v. | |
| Pulse Engineering Inc., et al., | |
| Defendant(s). | |

The hearing regarding Plaintiff Regal Electronics, Inc.'s Motion for Correction and/or Relief from Judgment Entered in Favor of Pulse Engineering, Inc. (Docket Item No. 194), presently scheduled for Monday, June 13, 2005, is continued to Monday, June 20, 2005 at 9:00 a.m.

Dated: June 6, 2005

/s/James Ware
JAMES WARE
United States District Judge

03cv1296cont-mta-judg

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aimee Boss aboss@bannerwitcoff.com
Andres N. Madrid Amadrid@steinbergraskin.com
Charles Wilbur Shifley cshifley@bannerwitcoff.com
Daniel T. Shvodian shvodiand@howrey.com
Joshua L. Raskin Jraskin@steinbergraskin.com
Mark K. Dickson mdickson@winston.com
Mark Thomas Banner mbanner@bannerwitcoff.com
Martin C. Fliesler mcf@fdml.com
Martin G. Raskin mraskin@steinbergraskin.com
Stephen Christopher Kyriacou kyriacouc@howrey.com
W. Carlos Leet wcl@olimpia-whelan-lively.com

**Dated: June 6, 2005**                                      **Richard W. Wieking, Clerk**


                                                             **By:/s/JWchambers**
                                                                 **Ronald L. Davis**
                                                                 **Courtroom Deputy**