IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Regal Electronics, Inc., | NO. C 03-01296 JW |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT** |
| Pulse Engineering, Inc., et al., | |
| Defendants. | |

On September 20, 2005, Regal Electronics, Inc. ("Plaintiff") filed a request for continuance of the hearing currently set for October 17, 2005 in order to conduct additional discovery and notice a cross-motion for summary judgment. Based upon the representation of Defendant Pulse Engineering's counsel that there is no forthcoming opposition to Plaintiff's request, this Court grants Plaintiff's request for continuance pursuant to Local Rule 6-3. Should Plaintiff choose to file a cross-motion for summary judgment, Plaintiff shall notice and file their cross-motion by October 17, 2005. Defendants' opposition to Plaintiff's motion shall be filed with this Court by October 31, 2005. Plaintiff's reply shall be filed with this Court by November 11, 2005. Accordingly, the hearing on Defendants' motion for summary judgment is continued to November 21, 2005. The Court shall also hear Plaintiff's cross-motion for summary judgment, if filed, on November 21, 2005.

Dated: September 21, 2005

03eciv1296cont

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aimee Kolz akolz@bannerwitcoff.com
Andres N. Madrid Amadrid@steinbergraskin.com
Charles Wilbur Shifley cshifley@bannerwitcoff.com
Daniel T. Shvodian shvodiand@howrey.com
Joshua L. Raskin Jraskin@steinbergraskin.com
Mark K. Dickson mdickson@winston.com
Mark Thomas Banner mbanner@bannerwitcoff.com
Martin C. Fliesler mcf@fdml.com
Martin G. Raskin mraskin@steinbergraskin.com
Stephen Christopher Kyriacou kyriacouc@howrey.com
W. Carlos Leet wcl@olimpia-whelan-lively.com

Dated: September 21, 2005                     **Richard W. Wieking, Clerk**

                                              **By:_/s/ JW Chambers_____**
                                                  **Ronald L. Davis**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California