United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Regal Electronics, Inc., | NO. C 03-01296 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING** |
| Pulse Engineering, Inc., | |
| Defendant. | |

    The hearing on Defendant's second motion for summary judgment of non-infringement, and Plaintiff's cross-motion currently scheduled for November 21, 2005, is continued to November 28, 2005 at 9:00 a.m.  The hearing on Plaintiff's motion regarding the patent local rules will remain on the Court's calendar for November 28, 2005 at 9:00 a.m.

Dated: November 14, 2005            /s/ James Ware
03eciv1296ctdhearing                JAMES WARE
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aimee Kolz akolz@bannerwitcoff.com
Andres N. Madrid Amadrid@steinbergraskin.com
Charles Wilbur Shifley cshifley@bannerwitcoff.com
Daniel T. Shvodian shvodiand@howrey.com
Joshua L. Raskin Jraskin@steinbergraskin.com
Mark K. Dickson mdickson@winston.com
Mark Thomas Banner mbanner@bannerwitcoff.com
Martin C. Fliesler mcf@fdml.com
Martin G. Raskin mraskin@steinbergraskin.com
Stephen Christopher Kyriacou kyriacouc@howrey.com
W. Carlos Leet wcl@olimpia-whelan-lively.com

Dated: November 14, 2005              **Richard W. Wieking, Clerk**

**By:_/s/ JW Chambers_____
     Ronald L. Davis
     Courtroom Deputy**

**United States District Court**
For the Northern District of California