United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Regal Electronics, Inc., | NO. C 03-01296 JW |
|     Plaintiff, | |
|     v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Pulse Engineering, Inc., | |
|     Defendant. | |

The preliminary pretrial conference currently scheduled for December 19, 2005 is continued to January 9, 2006 at 11:00 a.m.  The parties shall file a joint statement in advance of the conference pursuant to the Local Rules.

Dated: December 16, 2005

03eciv1296ctdpptc

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aimee Kolz akolz@bannerwitcoff.com
Andres N. Madrid Amadrid@steinbergraskin.com
Charles Wilbur Shifley cshifley@bannerwitcoff.com
Daniel T. Shvodian shvodiand@howrey.com
Joshua L. Raskin Jraskin@steinbergraskin.com
Mark K. Dickson mdickson@winston.com
Mark Thomas Banner mbanner@bannerwitcoff.com
Martin C. Fliesler mcf@fdml.com
Martin G. Raskin mraskin@steinbergraskin.com
Stephen Christopher Kyriacou kyriacouc@howrey.com
W. Carlos Leet wcl@rslattorneys.com


W. Carlos Leet
Ryan, Steiner and Leet
438 South Murphy Avenue
Sunnyvale, CA 94086

**Dated: December 16, 2005**                             **Richard W. Wieking, Clerk**

**By:__/s/ JW Chambers_____**
       **Ronald L. Davis**
       **Courtroom Deputy**