IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Regal Electronics, Inc., | NO. C 03-01296 JW |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO EXCLUDE DR. WILLIAM E. KUNZ** |
| Pulse Engineering Inc., et al., | |
| Defendant. | |

Presently before the Court is Defendant Pulse's Motion to Dismiss an Expert and/or his Testimony regarding Dr. William E. Kunz (Docket Item No. 219.) Pulse's motion is based on the untimely disclosure by Plaintiff Regal of Dr. Kunz's rebuttal expert report. Regal submitted Dr. Kunz's expert report on November 29, 2005, the day before the Court-ordered discovery cutoff (Docket Item No. 237), and the day before Pulse's scheduled deposition of Dr. Kunz. Under the date stipulated to by the parties, rebuttal expert reports were to be filed on or before May 2, 2005. (Docket Item No. 173.)[1] Although the Court DENIES Pulse's motion to exclude Dr. Kunz at this time, Pulse may choose to file, if appropriate, a motion

---

[1] Plaintiff's statement at the case management conference held on January 9, 2005, that the Court's scheduling order only required that a rebuttal expert report be filed by the date of the expert's deposition is a misreading of the Court's Order. In the Court's Order Granting in Part Plaintiff's Motion for Extension of Pretrial Deadlines (Docket Item No. 237), section D limits the testimony of experts at trial to information which was disclosed prior to the expert's deposition; it does not address, at all, the deadline for timely filing of expert reports. Plaintiff's Motion for Extension of Pretrial Deadlines was filed on June 22, 2005, well after the deadline for rebuttal expert reports had passed, and did not request an extension for the filing of expert reports. (Docket Item No. 213.)

for sanctions against Regal in an effort to recover costs incurred as a result of Regal's delay.  This Order does not preclude a later motion in limine regarding Dr. Kunz.

Dated: January 9, 2006

03cv1296exp_kunz

   /s/ James Ware
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aimee Kolz akolz@bannerwitcoff.com
Andres N. Madrid Amadrid@steinbergraskin.com
Charles Wilbur Shifley cshifley@bannerwitcoff.com
Daniel T. Shvodian shvodiand@howrey.com
Joshua L. Raskin Jraskin@steinbergraskin.com
Mark K. Dickson mdickson@winston.com
Mark Thomas Banner mbanner@bannerwitcoff.com
Martin C. Fliesler mcf@fdml.com
Martin G. Raskin mraskin@steinbergraskin.com
Michael L. Krashin mkrashin@bannerwitcoff.com
Stephen Christopher Kyriacou kyriacouc@howrey.com
Thomas K. Pratt tpratt@bannerwitcoff.com
W. Carlos Leet wcl@rslattorneys.com

**Dated: January 9, 2006**                                    **Richard W. Wieking, Clerk**

                                                              **By:_/s/ JW Chambers_____**
                                                                  **Melissa Peralta**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California