**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9      SAN JOSE DIVISION
10
11   Regal Electronics, Inc.,                    NO. C 03-01296 JW
12            Plaintiff,                         **ORDER TO SHOW CAUSE**
       v.                                       **RE: SETTLEMENT**
13
     Pulse Engineering, Inc.,
14
              Defendant.
15   _____/

16       On January 19, 2005, W. Carlos Leet, counsel for Plaintiff, informed the Court that the
17   above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial
18   and pretrial dates. On or before Monday, March 6, 2006, the parties shall file a stipulated dismissal
19   pursuant to Federal Rule of Civil Procedure 41(a).
20       If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,
21   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on Monday, March 20,
22   2006 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed.
23   R. Civ. P. 41(b). On or before Monday, March 6, 2006, the parties shall file a joint statement in
24   response to the Order to Show Cause. The joint statement shall set forth the status of the activities
25   of the parties for finalizing the settlement and how much additional time is requested to finalize and
26   file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will
27   be automatically vacated.
28

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: January 19, 2006

03cv1296oscsettl

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aimee Kolz akolz@bannerwitcoff.com
Andres N. Madrid Amadrid@steinbergraskin.com
Charles Wilbur Shifley cshifley@bannerwitcoff.com
Daniel T. Shvodian shvodiand@howrey.com
Joshua L. Raskin Jraskin@steinbergraskin.com
Mark K. Dickson mdickson@winston.com
Mark Thomas Banner mbanner@bannerwitcoff.com
Martin C. Fliesler mcf@fdml.com
Martin G. Raskin mraskin@steinbergraskin.com
Michael L. Krashin mkrashin@bannerwitcoff.com
Stephen Christopher Kyriacou kyriacouc@howrey.com
Thomas K. Pratt tpratt@bannerwitcoff.com
W. Carlos Leet wcl@rslattorneys.com

**Dated: January 19, 2006**                    **Richard W. Wieking, Clerk**

                                               **By:_/s/ JW Chambers_____**
                                               **Melissa Peralta**
                                               **Courtroom Deputy**

United States District Court
For the Northern District of California